IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In Re: Revstone Industries, LLC | : | |
| Debtor. | : | |
| | | Civil Action No. 13-565 GMS |
| | | Bankruptcy Case No. 12-13262 |
| GEORGE S. HOFMEISTER | : | |
| | | AP No. 13-26 |
| Appellant, | : | |
| v. | : | |
| OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF REVSTONE INDUSTRIES LLC, | : | |
| Appellees. | : | |

ORDER

At Wilmington this __21st__ day of November, 2013, having received a recommendation from Chief Magistrate Judge Mary Pat Thynge that this matter be withdrawn from the mandatory referral for mediation and proceed through the appellate process of this court;

IT IS ORDERED that the recommendation is adopted and the parties are directed to submit a proposed briefing schedule to the court no later than **December 6, 2013.**

CHIEF, UNITED STATES DISTRICT JUDGE